UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD DIEDERICH,

    Plaintiff,

v.

    Case No. 19-cv-12799
    Hon. Matthew F. Leitman

HEIDI WASHINGTON, *et al.*,

    Defendants.
_____/

**ORDER (1) DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 48) WITHOUT PREJUDICE; (2) TERMINATING AS MOOT REPORT AND RECOMMENDATION (ECF No. 53) and PLAINTIFFS' OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 56); (3) GRANTING LEAVE TO CONDUCT LIMITED DISCOVERY; AND (4) SETTING DEADLINE FOR DEFENDANTS TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

On February 17, 2023, the Court held a status conference on the record to discuss Defendants' pending Motion for Summary Judgment (ECF No. 48). For the reasons stated on the record, it is hereby ordered that:

- Defendants' Motion for Summary Judgment (ECF No. 48) is **DENIED WITHOUT PREJUDICE.**

- The Report and Recommendation filed in connection with Defendants' Motion for Summary Judgment (ECF No. 53) and Plaintiff's Objections to that Report and Recommendation (ECF No. 56) are **TERMINATED AS MOOT.**

1

- Plaintiff Chad Diederich is granted leave to take depositions of the remaining named defendants by no later than **May 18, 2023**. The depositions shall occur in the manner and place designated by the Defendants, and shall take place at a mutually convenient time.

- Defendants shall have the opportunity re-depose Plaintiff between **May 18, 2023** and **June 20, 2023**.

- Defendants may file a renewed motion for summary judgment by no later than **August 21, 2023.**

**IT IS SO ORDERED.**

       s/Matthew F. Leitman
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE

Dated: February 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2023, by electronic means and/or ordinary mail.

       s/Holly A. Ryan
       Case Manager
       (313) 234-5126