UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD DIEDERICH,

    Plaintiff,                                     Case No. 19-cv-12799
                                                Hon. Matthew F. Leitman

v.

HEIDI WASHINGTON, et al.,

    Defendants.
_____/

## ORDER CONCERNING DEPOSITIONS OF DEFENDANTS

Plaintiff, through counsel, has requested permission to participate by Zoom in Zoom depositions that Plaintiff's counsel will be taking of Defendants. For the reasons stated on the record on November 17, 2023, that request is DENIED.

However, as further described on the record, the Michigan Department of Corrections shall permit Plaintiff and counsel to speak by phone one time for twenty minutes during each deposition. The parties shall work together to schedule the precise times for the call.

**IT IS SO ORDERED.**

                                                                            s/Matthew F. Leitman
                                                                            MATTHEW F. LEITMAN
                                                                            UNITED STATES DISTRICT JUDGE

Dated: November 17, 2023

2

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 17, 2023, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan  
                                      Case Manager  
                                        (313) 234-5126